# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC35 | E 2124847 | RIVERA | 5608 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 07/17/2024 0755
**Offense Charged:** ☐ CFR ☐ USC ☒ State Code — CVC 5204(a)(1)
**Place of Offense:** E. SPARROW DR / MUGU RD, NAVAL BASE VENTURA COUNTY, POINT MUGU, CA 93041
**Offense Description; Factual Basis for Charge:** CURRENT MONTH AND YEAR TABS NOT ATTACHED (JUL 2023)
AS ASSIMILATED BY 18 USC 13
HAZMAT ☐

### DEFENDANT INFORMATION

**Last Name:** GAVLIK
**First Name:** JAMES
**M.I.:** R

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 8SEM070 | CA | 2020 | BMW / 530I | ☐ | WHT |

**A ☐ APPEARANCE IS REQUIRED** — If Box A is checked, you must appear in court. See instructions.

**B ☒ APPEARANCE IS OPTIONAL** — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 25 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov → $ 55 Total Collateral Due

**YOUR COURT DATE** (If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: _____  Date: _____  Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

**X Defendant Signature:** [signed]

Original - CVB Copy

*E2124847*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on JULY 17, 2024 while exercising my duties as a law enforcement officer in the CENTRAL District of CALIFORNIA AT 0755 HOURS WHILE ON A ROUTINE PATROL OF ZONE 4, I, MA3 RIVERA OBSERVED A WHITE BMW WITH CALIFORNIA PLATE 8SEM070 DISPLAYING EXPIRED REGISTRATION TAGS AS OF JULY 2023. I CONDUCTED A STATUS CHECK ON THE VEHICLE THROUGH REGIONAL DISPATCH. THE RETURN CAME BACK EXPIRED AS OF JULY 8, 2024. I ASKED THE DRIVER JAMES GAVLIK WHY HAS HE NOT PLACED THE MOST RECENT 2024 STICKERS, IN WHICH HE RESPONDED TO RECENTLY BUYING THE CAR IN JANUARY AND NEVER RECEIVING THE 2024 STICKERS. I CITED GAVLIK FOR CVC 5204(a)(1) — INCORRECT MONTH AND YEAR TABS.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 07/17/2024
Date (mm/dd/yyyy)   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident